DANIEL G. BODGEN
United States Attorney

ERIC JOHNSON
Assistant United States Attorney
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:92-cr-00146-JCM-VCF |
| Plaintiff, | UNITED STATES' MOTION TO QUASH ARREST WARRANT AS TO KEN MIZUNO |
| v. | |
| KEN MIZUNO, | |
| Defendant. | |

The United States of America, by and through Daniel G. Bogden, United States Attorney, and Eric Johnson, Assistant United States Attorney, hereby requests that the Court quash the outstanding Arrest Warrant issued on June 22, 1992.

A Motion to Dismiss the criminal case against KEN MIZUNO was filed on October 3, 2012 and an Order To Dismiss filed on October 30, 2012. For this reason, the United States requests that this motion be granted.

Dated this 12th day of January, 2014.

DANIEL G. BOGDEN
United States Attorney

/s/Eric Johnson
_____
ERIC JOHNSON
Assistant United States Attorney

1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:92-cr-00146-JCM-VCF |
| Plaintiff, ) | ORDER TO QUASH ARREST WARRANT |
|   ) | AS TO KEN MIZUNO |
| v. ) | |
| KEN MIZUNO, ) | |
| Defendant. ) | |

### ORDER TO QUASH ARREST WARRANT AS TO KEN MIZUNO

Based on the foregoing motion of the government, it is ordered that the Arrest Warrant for defendant KEN MIZUNO be quashed.

_____
United States ~~District~~ Judge
          Magistrate